# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN FLAMER | : | CIVIL ACTION |
| v. | : | |
| GEORGE W. HILL CORRECTIONAL FACILITY, et al. | : | NO. 14-4747 |

## ORDER

AND NOW, this 2nd day of September, 2014, upon consideration of plaintiff John Flamer's motion to proceed *in forma pauperis* and his *pro se* complaint, it is ORDERED that:

1. The motion to proceed *in forma pauperis* is DENIED, pursuant to 28 U.S.C. § 1915(g), for the reasons discussed in the Court's Memorandum.

2. If he seeks to continue with this case, Mr. Flamer must remit the $350 filing fee and $50 administrative fee to the Clerk of Court within thirty (30) days of the date of this Order.

3. The Clerk of Court shall CLOSE this case for statistical purposes.

BY THE COURT:

GENE E.K. PRATTER, J.

FILED
SEP -2 2014
MICHAEL ..... Clerk
By _____ Dep. Clerk